# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Marcos MAYORGA-Diaz | **FILED**<br>2008 JUL 17 AM 9:49<br>CLERK US DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |

WARRANT ISSUED ON THE BASIS OF:

☐ Failure to Appear    ☐ Order of Court
☐ Indictment            ☐ Information
x Complaint

Magistrate's Case No. **'08 MJ 1382**

**WARRANT FOR ARREST**

To:
Any U.S. Marshal or other authorized officer

NAME AND ADDRESS OF PERSON TO BE ARRESTED
Marcos MAYORGA-Diaz
In Custody of San Diego County Sheriff
San Diego, California 92101

DISTRICT OF ARREST:

CITY OF ARREST:

**YOU ARE HEREBY COMMANDED** To arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below

### DESCRIPTION OF CHARGES

Title 8, United States Code, Section 1326 -- "Deported Alien Found in U.S."

DATE 7/16/08
ARRESTED BY S/A Haynes, ICE

STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY _____

RECEIVED
2008 MAY -2 A 11:06
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>Title 8 | SECTION<br>1326 |
|---|---|---|
| BAIL  To Be Set In Court | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY **NITA L. STORMES**<br>**U.S. MAGISTRATE JUDGE** | [signature] | DATE ORDERED<br>5-2-08 |
| CLERK OF COURT/U.S. MAGISTRATE | BY | DATE ISSUED |

### RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE |
|---|---|---|
| DATE EXECUTED | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed

CL II - J  ICE

0301

MIP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
v. )
)
Marcos MAYORGA-Diaz )
)

| WARRANT ISSUED ON THE BASIS OF: | Magistrate's Case No. |
|---|---|
| ☐ Failure to Appear  ☐ Order of Court  ☐ Indictment  ☐ Information  x Complaint | '08 MJ 1382  WARRANT FOR ARREST |

| TO: | NAME AND ADDRESS OF PERSON TO BE ARRESTED |
|---|---|
| Any U.S. Marshal or other authorized officer | Marcos MAYORGA-Diaz  In Custody of San Diego County Sheriff  San Diego, California 92101 |

| DISTRICT OF ARREST: | CITY OF ARREST: |
|---|---|

**YOU ARE HEREBY COMMANDED** To arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below

**DESCRIPTION OF CHARGES**

Title 8, United States Code, Section 1326 -- "Deported Alien Found in U.S."

| IN VIOLATION OF | UNITED STATES CODE TITLE | SECTION |
|---|---|---|
|  | Title 8 | 1326 |

| BAIL | OTHER CONDITIONS OF RELEASE | |
|---|---|---|
| To Be Set In Court | | |

| ORDERED BY | | DATE ORDERED |
|---|---|---|
| NITA L. STORMES  U.S. MAGISTRATE JUDGE | (signature, seal) | 5-2-08 |
| CLERK OF COURT/U.S. MAGISTRATE | BY | DATE ISSUED |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE |
|---|---|---|
| 5/2/08 | Michael HAYNES | M Haynes |
| DATE EXECUTED | Special Agent (ICE) | |
| 7/16/08 | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed